**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| LRST & Co., a Minnesota General Partnership, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER GRANTING MOTION TO APPEAR PRO HAC VICE** |
| vs. | ) ) | |
| Morris Tschider, Trustee and Bank of the West, Trustee, For the Diocese of Bismarck Trust and Mary College, Inc. Trust, | ) ) ) ) ) | Case No. 1:08-cv-017 |
| Defendants. | ) | |

Before the court is Plaintiff's motion for attorney Richard J. Thomas to appear *pro hac vice* on its behalf. In accordance with Local Rule 79.1(D), Mr. Thomas has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the Clerk. Accordingly, Plaintiff's motion (Docket No. 3) is **GRANTED**. Attorney Richard J. Thomas is admitted to practice before this court in the above-entitled action on Plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 6th day of February, 2008.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge