**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| LRST & Co., a Minnesota General Partnership, | ) ) ) |
| Plaintiff, | ) **ORDER ADOPTING STIPULATION** ) ) |
| vs. | ) ) |
| Morris Tschider, Trustee and Bank of the West, Trustee, for the Diocese of Bismarck Trust and Mary College, Inc., Trust, | ) ) Case No. 1:08-cv-017 ) ) |
| Defendant. | ) |

_____

Before the Court is a "Stipulation for Extension of Time" filed on February 25, 2008. See Docket No. 10. The parties agree that the defendants may file and serve an appropriate motion, answer, or other response on or before March 3, 2008. The Court **ADOPTS** the stipulation in its entirety.

**IT IS SO ORDERED.**

Dated this 26th day of February, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court