# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| LRST & Co., a Minnesota General Partnership, | ) ) ) ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Plaintiff, | | |
| vs. | | |
| Morris Tschider, Trustee and Bank of the Bismarck West, Trusteee, for the Diocese of Trust and Mary College, Inc., Trust, | | Case No.  1:08-cv-017 |
| Defendant. | | |

On December 10, 2008, the parties filed a Stipulation to Amend Scheduling/Discovery Plan.  The court **ADOPTS** the parties' stipulation (Docket No.  17).  The scheduling/discovery plan shall be amended as follows:

3. The parties shall have until May 29, 2009, to complete fact discovery and to file discovery motions.

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows: Plaintiff will serve its expert(s) and report(s) on or prior to November 3, 2008, and the defendants will serve their expert(s) and report(s) by March 18, 2009.

5. The parties shall have until May 29, 2009, to complete discovery depositions of expert witnesses.

**IT IS SO ORDERED.**

Dated this 11th day of December, 2008.

>                                */s/  Charles S.  Miller, Jr.*
>                                Charles S.  Miller, Jr.
>                                United States Magistrate Judge