# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTH WESTERN DIVISION

| | | |
|---|---|---|
| LRST & Co., a Minnesota General Partnership, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Morris Tschider, Trustee and Bank of the Bismarck West, Trustee, for the Diocese of Trust and Mary College, Inc., Trust, | ) ) ) ) ) | Case No. 1:08-cv-017 |
| Defendants. | ) | |

___

The court conducted a settlement conference in the above entitled action on February 24, 2009. Pursuant to the parties' discussions, the trial set July 8, 2009, is cancelled as is the final pretrial conference set for June 29, 2009, and all pretrial deadlines. This action shall be stayed pending further order of the court to allow for an opportunity for settlement. If either of the parties wish to lift the stay, they should contact to the court. At that time, the court will establish new pretrial deadlines and schedule a trial. If no request to lift the stay is made and no motion to dismiss is filed within one-hundred twenty days, the court shall schedule a telephonic status conference with the parties.

   **IT IS SO ORDERED.**

   Dated this 25th day of February, 2009.

                                          */s/ Charles S. Miller, Jr.*
                                          Charles S. Miller, Jr.
                                          United States Magistrate Judge