**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| LRST & Co., a Minnesota general partnership, | **ORDER OF DISMISSAL** |
| Plaintiff, | |
| vs. | Case No. 1:08-cv-017 |
| Morris Tschider, Trustee and Bank of the West, Trustee, for the Diocese of Bismarck Trust and Mary College, Inc., Trust, | |
| Defendants. | |

Before the Court is a "Stipulation of Dismissal With Prejudice" filed on April 3, 2009. The Court **ADOPTS** the stipulation in its entirety (Docket No. 22) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 7th day of April, 2009.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court